UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

| | | |
|---|---|---|
| Jason Davon Laurenson | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Case Number: 3:22−cv−00493−D−BK |
| | § | |
| USA | § | |
|     Respondent. | § | |

# ORDER REQUIRING PETITIONER TO RESPOND
# REGARDING THE STATUTE OF LIMITATIONS

Petitioner filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. However, it appears that the section 2255 motion may be barred by the one−year statute of limitations. 28 U.S.C. § 2255(f) states:

> A 1−year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of−
>
> (1) the date on which the judgment of conviction becomes final;
>
> (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making a motion by such governmental action;
>
> (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
>
> (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Petitioner is **ORDERED to file a response no later than 4/1/2022,** explaining why this case is not barred by the one−year statute of limitations or why the statute of limitations should be tolled on equitable grounds. *Failure to comply with this order may result in the dismissal of the section 2255 motion for failure to prosecute*

pursuant to Federal Rule of Civil Procedure 41(b).

Signed 3/3/2022.

Renee Harris Toliver
Magistrate Judge